UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC,<br><br>                    Plaintiff(s),<br><br>            v.<br><br>SALIH KOC,<br><br>                    Defendant(s). | 23-CV-10617 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    In light of Plaintiff's emergency motion, the Court will hold a conference on **December 18, 2023, at 10:30 a.m. (E.T.)**.  The conference will take place in Courtroom 905 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square New York, NY 10007. It will be held in accordance with Rule 3 of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-dale-e-ho.

    Defendant is strongly encouraged to retain counsel in advance of that date.

    Plaintiff is directed to serve on Defendant copies of (1) the Motion for Temporary Restraining Order and for an Order to Show Cause, ECF No. 5, and (2) this Order via Federal Express Overnight, and to file proof of service with the Court by **December 7, 2023**.

SO ORDERED.

Dated: December 6, 2023
       New York, New York

                                                                     DALE E. HO
                                                United States District Judge