UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC,<br><br>                              Plaintiff(s),<br><br>                     v.<br><br>SALIH KOC,<br><br>                              Defendant(s). | 23-CV-10617 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The in-person conference scheduled on **January 5, 2024, at 1:00 P.M. EST**, will now be held on Microsoft Teams. The parties shall dial 646-453-4442, enter the meeting code 441354037, and press pound (#).

SO ORDERED.

Dated: January 2, 2024
       New York, New York

_____
DALE E. HO
United States District Judge