UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSAL PROTECTION SERVICE, LLC,

Plaintiff(s),

v.

SALIH KOC,

Defendant(s).

23-CV-10617 (DEH)

ORDER

DALE E. HO, United States District Judge:

As discussed on the record before the Court on January 5, 2024, it is hereby ORDERED as follows:

- On consent of both parties, the Temporary Restraining Order that is currently in effect, *see* ECF No. 12, shall be extended to **January 26, 2024**.
- Unless the Court orders otherwise, the parties shall appear before the Court on **January 26, 2024, at 1:00 p.m. (E.T.),** for a status conference.  The conference will take place remotely on Microsoft Teams.  The parties are directed to dial 646-453-4442, enter the meeting code 151339981, and press pound (#).
- Unless the Court orders otherwise, by no later than 24 hours in advance of the conference (i.e., **January 25, 2024, at 1:00 pm. (E.T.)**), the parties shall jointly file on ECF either (1) the parties' proposed preliminary injunction briefing scheduling order, or, in the case of disagreement between the parties, (2) a letter of no more than two pages that outlines and explains the basis for the parties' competing proposals regarding the preliminary injunction briefing schedule.

SO ORDERED.

Dated: January 5, 2024
      New York, New York

DALE E. HO
United States District Judge