UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>SALIH KOC,<br><br>                    Defendant(s). | 23-CV-10617 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    The conference scheduled for February 7, 2024, at 2:00 p.m. (E.T.) is hereby ADJOURNED sine die. An order regarding the parties' proposed permanent injunction will issue separately.

    SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                                    DALE E. HO
                                         United States District Judge