UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC,<br><br>                  Plaintiff(s),<br><br>      v.<br><br>SALIH KOC,<br><br>                  Defendant(s). | 23-CV-10617 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    On February 7, 2024, at 11:42 a.m. (E.T.), the parties emailed to Chambers a copy of their proposed order for permanent injunction and to dismiss the case. The Court has reviewed and is prepared to issue the order.

    IT IS HEREBY ORDERED that the parties shall file a signed copy of the proposed order on ECF by **February 8, 2024, at 10:00 a.m. (E.T.)**.

    SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                              DALE E. HO
                                      United States District Judge